IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA MURPHY**                                                                                    **PLAINTIFF**

v.                                   **CASE NO. 1:14CV00125 BSM**

**KRAMER JONES, et al.**                                                              **DEFENDANTS**

## ORDER

Plaintiff Lisa Murphy's motion to dismiss [Doc. No. 18] is denied, and the proposed findings and recommendations submitted by United States Magistrate Judge H. David Young [Doc. No. 20] are hereby rejected.  As this case has not been dismissed, Murphy's motion to reopen [Doc. No. 21] is denied as moot.  Murphy shall have fourteen (14) days from the entry of this order to respond to defendants' motion to dismiss [Doc. No. 14] and this case is referred back to Judge Young for further consideration.

IT IS SO ORDERED this 8th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE