IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY                                                                                         PLAINTIFF
ADC #760343

v.                           CASE NO. 1:14CV00125 BSM

KRAMER JONES et al.                                                                          DEFENDANTS

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, defendants' motion to dismiss [Doc. No. 14] is granted in part and denied in part. The motion is granted to the extent that all claims for monetary damages against defendants in their official capacity are dismissed with prejudice. The motion is denied in all other respects.

IT IS SO ORDERED this 4th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE